AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duncan, Stuart K. | U.S. Court of Appeals for the Fifth Circuit | 6/13/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III judge active status | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

777 Florida Street
Suite 369
Baton Rouge, LA 70801

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Federalist Society | September 7-8, 2018 | Fort Worth, TX | Texas Chapters Conference | Transportation, meals |
| 3. | Federalist Society | September 13-14, 2018 | Oxford, MS | Oxford Chapter | Transportation, meals |
| 4. | Federalist Society | November 14-18, 2018 | Washington, D.C. | National Convention | Transportation, meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Stuart K. | 6/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Stuart K. | 6/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. QUAYX | A | Dividend | J | T | Buy | 06/22/18 | J | | |
| 2. ASPZX | B | Distribution | K | T | Buy | 06/22/18 | J | | |
| 3. QLEIX | A | Dividend | J | T | Buy | 06/22/18 | J | | |
| 4. QSPIX | A | Dividend | J | T | Buy | 06/22/18 | J | | |
| 5. CSDIX | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 6. KLCIX | B | Distribution | K | T | Buy | 06/22/18 | J | | |
| 7. FMPOX | | None | J | T | Buy | 06/22/18 | J | | |
| 8. IPOIX | A | Dividend | J | T | Buy | 06/22/18 | J | | |
| 9. GOGIX | A | Dividend | J | T | Buy | 03/21/18 | J | | |
| 10. GOGIX | | None | | | Buy | 06/22/18 | J | | |
| 11. MDIJX | A | Dividend | J | T | Buy | 06/22/18 | J | | |
| 12. MCVIX | A | Dividend | J | T | Buy | 06/22/18 | J | | |
| 13. MEIIX | A | Dividend | J | T | Buy | 06/22/18 | J | | |
| 14. BDPS | A | Interest | J | T | | | | | |
| 15. POSIX | A | Dividend | J | T | Buy | 06/22/18 | J | | |
| 16. PCBIX | A | Dividend | J | T | Buy | 06/22/18 | J | | |
| 17. PRDSX | A | Distribution | J | T | Buy | 06/22/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Stuart K. | 6/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TRVLX | B | Dividend | J | T | Buy | 06/22/18 | J | | |
| 19. BLRYX | A | Dividend | | | Sold | 12/21/18 | J | A | |
| 20. NSCRX | A | Distribution | | | Sold | 12/20/18 | J | A | |
| 21. VTWV | | None | J | T | Buy | 12/20/18 | J | | |
| 22. SGOIX | | None | J | T | Sold (part) | 03/21/18 | J | A | |
| 23. QUAYX | A | Dividend | J | T | | | | | |
| 24. ASPZX | B | Distribution | K | T | | | | | |
| 25. QLEIX | A | Dividend | J | T | | | | | |
| 26. QSPIX | A | Dividend | J | T | | | | | |
| 27. BLRYX | A | Dividend | | | Sold | 12/21/18 | J | A | |
| 28. CSDIX | | None | J | T | Buy | 12/21/18 | J | | |
| 29. KLCIX | B | Distribution | K | T | | | | | |
| 30. FMPOX | A | Dividend | J | T | | | | | |
| 31. SGOIX | | None | | | Sold | 03/21/18 | J | A | |
| 32. IPOIX | A | Dividend | J | T | | | | | |
| 33. GOGIX | A | Dividend | J | T | Buy | 03/21/18 | J | | |
| 34. MINIX | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Stuart K. | 6/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MCVIX | A | Dividend | J | T | | | | | |
| 36. MEIIX | A | Dividend | K | T | | | | | |
| 37. BDPS | A | Interest | J | T | | | | | |
| 38. NSCRX | A | Distribution | | | Sold | 12/20/18 | J | A | |
| 39. POSIX | A | Dividend | J | T | | | | | |
| 40. PCBIX | A | Dividend | J | T | | | | | |
| 41. PRDSX | A | Distribution | J | T | | | | | |
| 42. PAVLX | B | Dividend | K | T | | | | | |
| 43. VTWV | | None | J | T | Buy | 12/20/18 | J | | |
| 44. QUAYX AB Small Cap Grw Adv | A | Dividend | J | T | | | | | |
| 45. ASPZX Alger Spectra Z | A | Distribution | J | T | | | | | |
| 46. QLEIX AQR Long-Short Equity | A | Dividend | J | T | | | | | |
| 47. QSPIX AQR Style Premia Alternative I | A | Dividend | J | T | | | | | |
| 48. BLRYX Brookfield GLB | A | Dividend | | | Sold | 12/21/18 | J | A | |
| 49. CSDIX Cohen & Steers Real Est Secs I | | None | J | T | Buy | 12/21/18 | J | | |
| 50. KLCIX Federated Kaufman LG CP Instl | A | Distribution | J | T | | | | | |
| 51. FMPOX Fidelity Adv Mid Cap Value I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Stuart K. | 6/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. IPOIX Ivy Emerging Markets Equity I | A | Dividend | J | T | | | | | |
| 53. GOGIX John Hancock Intl Growth I | A | Dividend | J | T | Buy | 03/21/18 | J | | |
| 54. MDIJX MFS Intl Diversification I | A | Dividend | J | T | | | | | |
| 55. MCVIX MFS Mid Cap Value I | A | Dividend | J | T | | | | | |
| 56. MEIIX MFS Value I | A | Dividend | J | T | | | | | |
| 57. BDPS Morgan Stanley Bank N.A. | A | Interest | J | T | | | | | |
| 58. NSCRX Nuveen NWQ Small Cap Value | A | Distribution | | | Sold | 12/20/18 | J | A | |
| 59. POSIX Principal GLB Rel Est Sec Inst | A | Dividend | J | T | | | | | |
| 60. PCBIX Principal Midcap Instl | A | Dividend | J | T | | | | | |
| 61. PRDSX T Rowe Price QM US SM CP GR EQ | A | Distribution | J | T | | | | | |
| 62. TRVLX T Rowe Price Value Fund | A | Dividend | J | T | | | | | |
| 63. VTWV Vanguard Russell 2000 VAL ETF | | None | J | T | Buy | 12/20/18 | J | | |
| 64. SGOIX First Eagle Overseas I | | None | | | Sold | 03/21/18 | J | A | |
| 65. BDPS | A | Interest | J | T | | | | | |
| 66. QUAYX | A | Dividend | J | T | | | | | |
| 67. ASPZX | A | Distribution | J | T | | | | | |
| 68. QLEIX | A | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less / B =$1,001 - $2,500 / C =$2,501 - $5,000 / D =$5,001 - $15,000 / E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 / G =$100,001 - $1,000,000 / H1 =$1,000,001 - $5,000,000 / H2 =More than $5,000,000
2. Value Codes J =$15,000 or less / K =$15,001 - $50,000 / L =$50,001 - $100,000 / M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 / O =$500,001 - $1,000,000 / P1 =$1,000,001 - $5,000,000 / P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 / P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal / R =Cost (Real Estate Only) / S =Assessment / T =Cash Market
(See Column C2) U =Book Value / V =Other / W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Stuart K. | 6/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. QSPIX | A | Dividend | J | T | | | | | |
| 70. BLRYX | A | Dividend | | | Sold | 12/21/18 | J | A | |
| 71. CSDIX | | None | J | T | Buy | 12/21/18 | J | | |
| 72. KLCIX | A | Distribution | J | T | | | | | |
| 73. FMPOX | A | Dividend | J | T | | | | | |
| 74. SGOIX | | None | | | Sold | 03/21/18 | J | A | |
| 75. IPOIX | A | Dividend | J | T | | | | | |
| 76. GOGIX | A | Dividend | J | T | Buy | 03/21/18 | J | | |
| 77. UBVSX | A | Dividend | J | T | | | | | |
| 78. MINIX | A | Dividend | J | T | | | | | |
| 79. MDIJX | A | Dividend | J | T | | | | | |
| 80. MCVIX | A | Dividend | J | T | | | | | |
| 81. MEIIX | A | Dividend | J | T | | | | | |
| 82. BDPS | A | Interest | J | T | | | | | |
| 83. NSCRX | A | Distribution | | | Sold | 12/20/18 | J | A | |
| 84. POSIX | A | Dividend | J | T | | | | | |
| 85. PCBIX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Stuart K. | 6/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PRDSX | A | Dividend | J | T | | | | | |
| 87. TRVLX | A | Dividend | J | T | | | | | |
| 88. VTWV | | None | J | T | Buy | 12/20/18 | J | | |
| 89. AAFXX | A | Dividend | J | T | Buy | 04/26/18 | J | | |
| 90. CAFAX | A | Dividend | J | T | | | | | |
| 91. CWIAX | A | Dividend | J | T | | | | | |
| 92. CEUAX | A | Dividend | J | T | | | | | |
| 93. CGFAX | A | Dividend | J | T | | | | | |
| 94. CICAX | A | Dividend | J | T | | | | | |
| 95. CNPAX | A | Dividend | J | T | | | | | |
| 96. CAFAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 97. CWIAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 98. CEUAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 99. CGFAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 100. CICAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 101. CNPAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 102. CAFAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Stuart K. | 6/13/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  CWIAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 104.  CEUAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 105.  CGFAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 106.  CICAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 107.  CNPAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 108.  CAFAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 109.  CWIAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 110.  CEUAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 111.  CGFAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 112.  CICAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 113.  CNPAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 114.  CAFAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 115.  CWIAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 116.  CEUAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 117.  CGFAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 118.  CICAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 119.  CNPAX | A | Dividend | J | T | Buy | 04/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Stuart K. | 6/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stuart K. Duncan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544